B. FINKEL & SON, INC., PLAINTIFF-RESPONDENT, v. ANN MURRAY ENTERPRISES, INC., *ET AL.*, DEFEND-ANTS-PETITIONERS.

*Messrs. Corn & Lifland* and *Mr. Daniel Crystal* for the petitioners.

*Mr. Sidney Finkel* for the respondent.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT TEN HOEVE, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

September 15, 1969. Denied.

J. I. KISLAK, INC., PLAINTIFF-RESPONDENT, v. JERYL INDUSTRIES, INC., DEFENDANT-PETITIONER.

*Mr. Alfred A. Porro, Jr.,* and *Mr. David A. Biederman* for the petitioner.

*Messrs. Chazin & Chazin* and *Mr. Samuel J. Davidson* for the respondent.

September 15, 1969. Denied.